UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| CHARLES TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:21-cv-142-JMH |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*

In accordance with the Court's Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE;**

(2) All remaining claims for relief or pending motions are **DENIED AS MOOT;**

(3) This action is **STRICKEN** from the Court's active docket; and

(4) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 11th day of January, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge